UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT MICHAEL KEENAN, et al., | Civil File No. 19-CV-3135 (NEB/ECW) |
| Plaintiffs, | |
| v. | **DEFENDANTS' JOINT MOTION TO DISMISS** |
| BOEING AIRCRAFT CORPORATION, et al., | |
| Defendants. | |

Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Lockheed Martin Corporation, The Boeing Company,[1] Raytheon Company, and United Technologies Corporation, through their undersigned counsel, hereby move the Court for an Order dismissing Plaintiffs' Complaint with prejudice in its entirety. This Motion is based upon the files, records, and proceedings herein, including the Memorandum of Law in Support filed by these Defendants in connection with this Motion, and such other documentation and argument as may come before the Court.

---

[1] The Boeing Company was erroneously identified in this action as Boeing Aircraft Corporation, McDonnell-Douglas Aircraft Corporation d/b/a Boeing Aircraft Corporation, and Hughes Helicopters Corporation d/b/a McDonnell Douglas Aircraft d/b/a Boeing Aircraft Corporation.

Dated:  April 3, 2020

DORSEY & WHITNEY LLP

By   *s/ Alex P. Hontos*
    Alex P. Hontos (#0388355)
    hontos.alex@dorsey.com
    Thaddeus R. Lightfoot (#24594X)
    lightfoot.thad@dorsey.com
    Anna K. B. Finstrom (#0397323)
    finstrom.anna@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendant Lockheed Martin Corporation*


JONES DAY

By   *s/ Erin Sindberg Porter*
    Erin Sindberg Porter (#0388345)
    esindbergporter@jonesday.com
    Lisa L. Beane (#0395219)
    lbeane@jonesday.com
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
Facsimile:  (844) 345-3178

*Attorneys for Defendant The Boeing Company*


SHOOK, HARDY & BACON, L.L.P.


By   *s/ John L. Ackley*
    John L. Ackley (#0399090)
600 Travis Street, Suite 3400
Houston, TX 77002

Telephone: (713) 227-8008
Facsimile: (713) 227-9508
jackley@shb.com

*Attorney for Defendants Raytheon Company & United Technologies Corporation*