# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBERT MICHAEL KEENAN, et al., | Civil File No. 19-CV-3135 (NEB/ECW) |
| Plaintiffs, | |
| v. | **NOTICE OF HEARING ON DEFENDANTS' JOINT MOTION TO DISMISS** |
| BOEING AIRCRAFT CORPORATION, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** at a hearing to be held on a date and time to be determined, before the Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendants will move the Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order granting their Joint Motion to Dismiss Plaintiffs' Complaint in the above-captioned matter.

| | |
|---|---|
| Dated: April 3, 2020 | DORSEY & WHITNEY LLP |
| | By  *s/ Alex P. Hontos* |
| | Alex P. Hontos (#0388355) |
| | hontos.alex@dorsey.com |
| | Thaddeus R. Lightfoot (#24594X) |
| | lightfoot.thad@dorsey.com |
| | Anna K. B. Finstrom (#0397323) |
| | finstrom.anna@dorsey.com |
| | 50 South Sixth Street, Suite 1500 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 340-2600 |
| | Facsimile: (612) 340-2868 |

*Attorneys for Defendant Lockheed Martin Corporation*

JONES DAY

By  *s/ Erin Sindberg Porter*
    Erin Sindberg Porter (#0388345)
    esindbergporter@jonesday.com
    Lisa L. Beane (#0395219)
    lbeane@jonesday.com
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone:  (612) 217-8800
Facsimile:  (844) 345-3178

*Attorneys for Defendant The Boeing Company*

SHOOK, HARDY & BACON, L.L.P.

By  *s/ John L. Ackley*
    John L. Ackley (#0399090)
600 Travis Street, Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
jackley@shb.com

*Attorney for Defendants Raytheon Company & United Technologies Corporation*